**Paul COLSON, Petitioner–Appellant,**

v.

**Stephen M. DEWALT, Warden, F.C.I. Butner; Harley G. Lappin (Reg.Dir.), Respondents–Appellees.**

**No. 02–6961.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Paul Colson, Appellant Pro Se.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Paul Colson, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and

---

find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. *See Colson v. Dewalt,* No. CA–02–310–5–H (E.D.N.C. June 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*